```
IN THE UNITED STATES DISTRICT COURT
   FOR WESTERN DISTRICT OF TENNESSEE
           WESTERN DIVISION
```

| | |
|---|---|
| **JAMES EARL WOODEN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )     20-cv-2542-TLP-tmp |
| | ) |
| **MILLENNIA HOUSING MANAGEMENT,** | ) |
| **LTD., et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

___

**REPORT AND RECOMMENDATION**
___

On July 23, 2020, *pro se* plaintiff James Earl Wooden filed a § 1983 complaint and a motion for leave to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1 & 2.) On August 3, 2020, the undersigned entered an order directing Wooden to file a properly completed IFP affidavit or pay the civil filing fee within 30 days. (ECF No. 6.) That deadline has expired, and Wooden has not complied with the court's order. Accordingly, the undersigned recommends dismissing the complaint without prejudice.

    Respectfully submitted,

                              s/ Tu M. Pham
                              TU M. PHAM
                              Chief United States Magistrate Judge

                              September 25, 2020
                              Date

**NOTICE**

**WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDED DISPOSITION, ANY PARTY MAY SERVE AND FILE SPECIFIC WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS. ANY PARTY MAY RESPOND TO ANOTHER PARTY'S OBJECTIONS WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2); L.R. 72.1(g)(2). FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL.**